1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15

ALBERTO ANGUIANO,

    Petitioner

   v.

PATRICIA BRADLEY, et al.,

    Respondents.

Case No. 2:20-cv-07615-JFW (GJS)

JUDGMENT

16
17
18
19
20
21
22
23
24
25
26
27
28

  Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice,

  IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  August 25, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE